EDWIN F. ABLE, respondent,

*v.*

PHOEBE GUTMAN, appellant.

[Submitted July 10th, 1916.   Decided November 20th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes and reported in *85 N. J. Eq. 486.*

*Mr. H. Burdett Herr* and *Mr. Harry J. Able,* for the respondent.

*Mr. William C. Gebhardt* and *Mr. Francis J. Blatz,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—14.

*For reversal*—None.